

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-14-00249-CV

**IN THE INTEREST OF N.M.G.**, A Child,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01311
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an appeal in a termination case, and is therefore accelerated. Appellant's brief was due May 21, 2014, but was not filed. On May 29, 2014, appellant's appointed counsel filed an extension of time to file the brief stating he was unaware that he was appointed to represent appellant on appeal until May 28, 2014. Accordingly, he filed a motion for extension of time to file the brief, asking that he be permitted to file the brief on or before June 18, 2014. Given the circumstances, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court on or before June 18, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court